UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Lottie Robertson,** | **Civil No. 04-CV-72308** |
| Plaintiff, | **Hon. Robert H. Cleland** |
| v. | **Magistrate Judge Morgan** |
| **Experian Information Solutions, Inc., et al.,** | |
| Defendants. | |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S FACT APPENDIX, FILED IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT[1]

**Index of Exhibits**

| | |
|---|---|
| Affidavit of Kimberly Hughes .......................................................................... | Exhibit A |
|     * Exhibit 1 to the Affidavit of Kimberly Hughes | |
|     * Exhibit 2 to the Affidavit of Kimberly Hughes | |
|     * Exhibit 3 to the Affidavit of Kimberly Hughes | |
|     * Exhibit 4 to the Affidavit of Kimberly Hughes | |
|     * Exhibit 5 to the Affidavit of Kimberly Hughes | |
|     * Exhibit 6 to the Affidavit of Kimberly Hughes | |
|     * Exhibit 7 to the Affidavit of Kimberly Hughes | |
|     * Exhibit 8 to the Affidavit of Kimberly Hughes | |
|     * Exhibit 9 to the Affidavit of Kimberly Hughes | |
| Relevant Portions of Deposition of Lottie Robertson .................................... | Exhibit B |
|     * Exhibit 2 to the Deposition of Lottie Robertson | |
|     * Exhibit 4 to the Deposition of Lottie Robertson | |
|     * Exhibit 18 to the Deposition of Lottie Robertson | |
|       Exhibit 20 to the Deposition of Lottie Robertson | |
| Affidavit of Mike Tusevicus ............................................................................ | Exhibit C |
|     * Exhibit A to Affidavit of Mike Tusevicus | |
|     * Exhibit B to Affidavit of Mike Tusevicus | |
| Relevant Portions of Deposition of Sonny Gandee ....................................... | Exhibit D |
|     * Exhibit C to the Deposition of Sonny Gandee | |
| Plaintiff's Response to Experian's First Set of Interrogatories ....................... | Exhibit E |
| Relevant Portions of Deposition of Jacob Kalo, M.D. .................................... | Exhibit F |

    *  These documents have been manually filed under seal pursuant to the Protective Order in this case and R7 of the Court's Electronic Filing Policies and Procedures.

---

[1] Pursuant to 14(g) of the Court's December 2, 2004 Scheduling Order, Experian has separately bound and filed this Fact Appendix.

CLI-1302785v1

- 2 -

/s/ Brad A. Sobolewski
Sidney L. Frank (P13637)
Tamara E. Fraser (P51997)
Frank, Haron, Weiner & Navarro
Local Counsel for Defendant Experian
Information Solutions, Inc.
5435 Corporate Drive, Suite 225
Troy, Michigan  48098
(248) 952-0400

Brad A. Sobolewski (OH 0072835)
Jones Day
Lead Counsel for Experian
Information Solutions, Inc.
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
(216) 586-3939

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2005, a copy of Defendant Experian Information Solution's, Inc's Fact Appendix was filed electronically.  Notice of this filing will be sent to parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy of the filing was also sent by U.S. mail to the following:

>David T. Meehan
>McGuireWoods LLP
>77 West Wacker Drive, Suite 4100
>Chicago, Illinois  60601-1815

>>/s/ Brad A Sobolewski
>>Attorney for Experian Information Solutions, Inc.