**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOTTIE ROBERTSON,

        Plaintiff,        CIVIL ACTION NO: 04-CV-72308-DT

v.

EXPERIAN INFORMATION SOLUTIONS, et al.,

        Defendants
_____ /

### ORDER OF DISMISSAL

At a session of said Court, held in the
U.S. Courthouse and Federal Building,
at Detroit, Michigan, on August 29, 2005

PRESENT:    HONORABLE ROBERT H. CLELAND
                          UNITED STATES DISTRICT JUDGE

The Court having been advised by counsel that the above-entitled action has been settled, therefore;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of either party to move within sixty (60) days to vacate this Order if settlement is not consummated. After 60 days from this date, this dismissal is with prejudice.

                                _s/Robert H. Cleland _____
                                **ROBERT H. CLELAND**
                                **UNITED STATES DISTRICT JUDGE**

**Dated:  _8/29/05_____**

cc: All Counsel